E-FILED
Thursday, 29 March, 2007 02:10:50 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | WRIT OF HABEAS CORPUS |
|     Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 03-40030 |
| **David John Harris** | ) | |
|     Defendant | ) | |

**TO: THE WARDEN of** FCI Herlong at Herlong, CA.

      **WE COMMAND** that you produce the body of **David John Harris**, Register No. **13179-026**, who is in your custody at FCI Herlong before the United States District Court on **Wed., 4/25/07 at 11:00am** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: 3/29/07

                                        JOHN M. WATERS, CLERK
                                        UNITED STATES DISTRICT COURT
                                           S/Denise Koester
                                        BY: _____
                                               Deputy Clerk