E-FILED
Wednesday, 11 April, 2007  04:08:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) Case No. 03-40030<br>vs. )<br>)<br>DAVID JOHN HARRIS, )<br>)<br>Defendant. ) | |

NOTICE OF CHANGE OF ADDRESS

NOW COMES Barbara K. Wallace, Attorney for Defendant, and hereby provides notice of her change of law firm, address, telephone number and facsimile number as follows:

**BARBARA K. WALLACE**
**CARTEE & CLAUSEN LAW FIRM, P.C.**
**125 Kirkwood Boulevard**
**Davenport, IA 52803**
**Telephone: (563) 323-2500 ext. 126**
**Facsimile:  (563) 323-8335**