April 10, 2007    E-FILED
Tuesday, 17 April, 2007 11:45:18 AM
Clerk, U.S. District Court, ILCD

FILED
APR 17 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

03-40030

I am writing you in regards to my fiance, David Harris, who is currently incarcerated at Herlong Federal Institution in California.

I have known David for more than seven years. Although we have been sidetracked a few times including his current incarceration, we remain devoted to one another and plan to marry upon his release. Problem is — when will that be? I'd like to be able to say that I see myself happily married with children in five years. Without some answers we don't know that that is possible.

David's incarceration four years ago came at a difficult time for all involved. He had just lost his younger brother, and while we all grieve, it must be difficult for David to find peace. It's hard to lean on someone you can barely keep in contact with. His parents kind of loss both their boys in a matter of months. And while one will never come home, the homecoming of the other

will surely bring some peace to their lives.

David has three young children who adore him as much as he does them. David's absence over the past four years has past painfully slow for us all. D'shay is becoming a young lady, David is turning into a young man who will need direction from a man, and David (SR) has missed out on nearly half of Darrian's life. While David's release is very important to me it is going to be instrumental to the upbringing of his children.

With disregard for threats made against himself and others close to him, David has remained cooperative throughout this process. All he asks is to know when he can expect to go home. This whole thing is like a dog race. They put that rabbit on the track and the dog will run until he falls out or you get out the net. After he's rested they put that rabbit back out there and the dog is back in the race. In this case — for a second chance at life.

You see, Your Honor, David's jail sentence is not his own - but a sentence that effects the lives of children, parents, grandparents, and all of us who care for him. Some of the institutions David has been to make it impossible for us to visit and often he is unable to call. We have resorted to writing as often as possible, even when there's little to say. But he sometimes doesn't receive mail. Since leaving Leavenworth in February, he has been to three different places, the last two being in California. Just last week some cards that I sent in January were returned to me. Our only means of communication isn't even reliable.

Even before his sentencing, I could see the changes in David. Maybe it was Joseph's death, maybe it was maturity, or maybe he was tiring of the streets. Maybe it was all of the above. Whatever it was, it was and is obvious that there has been a positive change.

The Harris' are a wonderful, caring family who have survived tremendous loss and pain. We plead for Davis' homecoming so that our family may begin to heal.

Respectfully,

Erikka Obe-Purnell