

E-FILED
Tuesday, 24 April, 2007  02:37:09 PM
Clerk, U.S. District Court, ILCD

April 19, 2007

Judge Michael Mihm
600 E. Monroe St
Springfield, IL 60701

Dear Judge Mihm,

My name is Eve Sheppard and I am writing on behalf of my nephew David Harris. The Federal Correction Institution knows him as inmate #13179-026, but to his family he is known as Dave.

Judge Mihm, I am writing to ask you to give David Harris another chance at life. David's brother passed away January 2003 and May 2003 David's life was taken away. This was all unfortunate and did not allow him and his family to grieve as a family over their lost. Judge Mihm this all has been so hard on my sister and her heart is aching from the lost of both of her sons. I am asking that you allow David to come home where he can reunite with his family and begin the healing process. David has 3 children who need the guidance of their father. I am sure you are aware of the statistics of single mothers raising children alone and David being home would allow him to be the father that he needs to be to his children. Judge Mihm it is my prayer that David Harris no longer be known as a number but as the man that he is.

Thank you for taking the time to read my letter and taking my request into consideration.

Sincerely,

Eve Sheppard