E-FILED
Friday, 27 April, 2007 02:21:42 PM
Clerk, U.S. District Court, ILCD

03-40030

FILED

APR 27 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Honorable Judge Mihm,

I would like to take this opportunity to express my thoughts and feelings regarding inmate David J. Harris. David is the father of my three adoring children, David Jr., 11, DaShae, 10, and Berrien, 9. David Sr. and I share a very special type of relationship, that I hold very dear to my heart. During our relationship together, David displayed a very caring, loyal, giving and kind hearted personality. He has a lot of love in his heart for his children, his family, and life.

It is extremely challenging for me to continue the path of a single mother. I have moved to Tennessee to try and make things easier for my children and myself. We are currently living with my father, and I am getting ready to attend Volunteer St. community college, in Gallatin. Since David has been incarcerated (4 yrs), it has not just been a finacial difficulty, but also an emotional challange.

Our oldest, David Jr. remembers his dad the most. He remembers daddy being there, playing games, helping with homework, and giving out punishments. DaShae, our daughter, has always been a daddy's girl. She is a honor Roll

student, and no matter how much homework she has, she faithfully writes her dad. Dassien, our baby, asked me one day "Mommy do you think it's bad because I can't really remember daddy" I explained to him that it was OK, because daddy would always remember everything about him. It has been four years since they have seen their dad. Judge Mihms it breaks my heart that these three little angels don't have their father in their lives.

I feel in my heart that David Sr. deserves a second chance in life. I know that in his heart David wants to be the man that God has intended him to be. David has expressed to me that the love he has inside his heart for his children gives him great hope that they will soon be together. We all pray each and every night that God will hear our prayers and give him the opportunity to do right by society and a chance to be the great father that he is.

Thank you for giving me the chance to express my sincere concerns for a man that has a strong sense of passion and love for life and his children. Please Judge Mihm, excuse and pardon the

negative choices that David J. Harris has
made in his past and give him the
opportunity to prove to you that he
can shine & live a good, clean, and
productive life.

Thank you,
Miss Monica Rodriguez