E-FILED
Friday, 25 April, 2008 08:19:19 AM
Clerk, U.S. District Court, ILCD

FILED
APR 25 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court
Central District of Illinois
Rock Island Division

United States of America        Case No. 03 cr 40030
v
David John Harris        Judge Michael M. Mihm

Defendants Motion For Reduction In Sentence Pursuant To 18 U.S.C. 3582(c)(2)

Now comes Defendant David Harris, pro se, and respectfully moves this Honorable Court to hold in Abeyance this motion for reduction In sentence based upon the Retroactive Application for a two-level reduction in offense for Crack Cocaine offenses.

In support of this Request, the defendant states as follows:

On April 16, 2004, The Honorable Michael M. Mihm sentenced the defendant to a term of life in prison for Conspiracy to distribute Crack Cocaine. The sentence was based on the following sentencing guideline calculation:

Offense level: 40
Criminal History Category: VI
Guideline Range: 360 - life

The defendant is eligible for a two-level reduction in offense level because the U.S. Sentencing Commission provision allowed individuals who provided

(1)

Substantial Assistance for the government to benefit from this Amendment.

In the instant case, a departure for Substantial Assistance is pending, and therefore defendant David Harris ask this Honorable Court to hold this Motion in Abeyance until its ruling in his pending Substantial Assistance departure hearing in which at that hearing defendant will present his mitigating factors that this Court is obligated to hear pursuant to 18 U.S.C. 3553.

Wherefore, defendant respectfully ask that this Honorable Court hold this Motion in Abeyance until the ruling and departure in his Substantial Assistance hearing.

Respectfully Submitted
David ~~Harris~~
David Harris, pro se

②

Certificate of Service

I David Harris, swear under the penalty of perjury that I caused the foregoing Motion for Reduction of Sentence to be delivered to the Clerk of the Court For the Central District of Illinois by delivering it VIA hand delivery to Muscatine County Officials for mail delivery on April 24 2008.

Respectfully Submitted
David Harris

David Harris
400 Walnut
Muscatine Ia
52761