E-FILED
Thursday, 01 May, 2008 10:38:41 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **USA** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 03-40030** |
| **David John Harris** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Muscatine County Jail at Muscatine, IA.

    **WE COMMAND** that you produce the body of **David John Harris**, Register No. **13179-026**, who is in your custody at Muscatine County Jail before the United States District Court on **Wed., 5/21/08 at 11:00am** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

    **WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

DATED: 5/1/08

PAMELA E. ROBINSON, CLERK
UNITED STATES DISTRICT COURT
   S/Denise Koester
BY: _____
   Deputy Clerk