E-FILED
Monday, 05 May, 2008  10:03:08 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>DAVID JOHN HARRIS,<br><br>    Defendant. | No. 03CR40030<br>Hon. Michael M. Mihm<br>United States District Judge,<br>Presiding |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW court-appointed counsel for DAVID JOHN HARRIS, Richard H. Parsons, Federal Public Defender, and Jonathan E. Hawley, First Assistant Defender, moving this Honorable Court for an Order allowing counsel to withdraw, and in support thereof states as follows:

1.    Pursuant to Administrative Order 08-U-0005, this Court appointed undersigned counsel to represent the Defendant on his request for a reduced sentence pursuant to the retroactive amendment to the crack cocaine guideline.

2.    Undersigned counsel has thoroughly reviewed the Defendant's case and concluded that he is ineligible for a reduction because he was held responsible for more than 4.5 kilograms of crack cocaine and because he was subject to a statutory mandatory life sentence.  First, paragraph 28 of the PSR, as adopted by the court, notes that the defendant was held accountable for 34.02 kilograms of crack cocaine.  Under both the old and the amended Drug Quantity Table, the Base Offense Level for more than 4.5 kilograms of crack cocaine is 38.  Accordingly, the amendment does not change the Defendant's guideline range or sentence.  Secondly, as noted in

paragraphs 2 and 87 of the PSR, the defendant was subject to a statutory mandatory sentence of life imprisonment. The retroactive amendment to the sentencing guidelines has no effect on this mandatory sentence required by statute.

    3.    Because undersigned counsel has concluded that the Defendant is ineligible, counsel requests that he be allowed to withdraw as counsel and that the Defendant's be allowed to proceed in this matter *pro se*.

    WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter and order allowing undersigned counsel to withdraw and allowing the Defendant to proceed *pro se*.

    Respectfully Submitted,
DAVID JOHN HARRIS, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:    s/ Jonathan E. Hawley
_____
JONATHAN E. HAWLEY
Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney K. Tate Chambers**.**

    s/ Jonathan E. Hawley
_____
JONATHAN E. HAWLEY

Attorney for Defendant
First Assistant FPD
ARDC Reg. No. 6243088
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org