## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v.  ) | Case No. 03-40030 |
| DAVID JOHN HARRIS, ) | |
| Defendant. ) | |

## O R D E R

On April 25 2008, Defendant filed a Motion to Reduce Sentence based on the retroactive Amendment to the sentencing guideline range regarding crack cocaine sentencing. The Court appointed the Federal Defender's Office to represent Defendant in this matter.

Title 18 U.S.C. § 3582(c)(2) provides that a court may not modify a term of imprisonment once it has been imposed except:

> [I]n the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

A reduction is not consistent with applicable policy statements if "the amendment does not have the effect of lowering the defendant's applicable guideline range because of the operation of another guideline"  U.S.S.G. § 1B1.10 comment. n. [1(A)].

- 2 -

The Defendant was sentenced by this Court on April 16, 2004 to a sentence of life in prison. At sentencing the Defendant was held responsible for more than 4.5 kilograms of crack cocaine. Under both the old and the amended Drug Quantity Table, the Base Offense Level for more than 4.5 kilograms of crack cocaine remains 38. Accordingly, the amendment does not have the affect of changing the Defendant's guideline range or sentence, and any reduction sought would be inconsistent with the applicable policy statements.

Therefore, the Deputy Federal Defender's Motion to Withdraw as Counsel [Doc. #40] is GRANTED. Defendant is allowed to pursue this matter *pro se.*

Defendant shall file with this Court no later than June 2, 2008, a pleading that either (a) concedes that the Amendment does not apply because of a Base Offense Level of 38, or (b) explains why the Amendment applies in spite of a Base Offense Level of 38.

ENTERED this 6th day of May, 2008

s/ Michael M. Mihm
MICHAEL M. MIHM
United States District Judge