03-40030

E-FILED
Monday, 02 June, 2008  08:53:14 AM
Clerk, U.S. District Court, ILCD

FILED

JUN 2 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT COURT
DISTRICT OF ILLINOIS

To The Honorable Judge Mihm

Your Honor it has been made clear to me that because I was held responsible for more than 4.5 Kilograms of crack cocaine on April 16 2004 technically I am not eligible for a two level reduction in sentence for retroactive Amendment regarding crack cocaine.

In light of the U.S. Sentencing Commissions provision I should not be deprived of benefiting from this Amendment. because of my Substantial Assistance to the government.

To my knowledge the U.S. Sentencing Commission allowed individuals who provided Substantial Assistance to the government to benefit from this Amendment.

I have yet to find any stipulation in those provisions that states that a individual who has provided Substantial Assistance to the government but was held responsible for more than 4.5 Kilograms of crack cocaine can not benefit from this Amendment.

Out of respect for all known and unknown parties affected by my actions I will not present any personal mitigating factors on my behalf. But what I will say is that I am no longer apart of the problem and working everyday to become more of a solution.

I respectfully ask that This Honorable Court exercise its discretion and grant the request for a two level reduction in offense level for crack cocaine offense.

Respectfully Submitted
David Harris
David Harris